FILED



8:55 am, 1/21/25

**Margaret Botkins**
**Clerk of Court**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| HAYDEN NISSEN, by and through Amy Munoz and Nicholas Munoz as Guardians and Conservators for HAYDEN NISSEN; AMY MUNOZ and HANNAH NISSEN, individually; and K.C.M. and K.N.M. minors, by and through Amy Munoz and Nicholas Munoz as Parents, Natural Guardians and/or Best Friends of K.C.M. and K.N.M.; Wyoming Residents,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CONTANGO RESOURCES, LLC<br>A Delaware Company,<br><br>　　　　　　Defendant. | Case No. 2:23-cv-00031-KHR |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court upon the Stipulation of the parties seeking a dismissal with prejudice, and it appearing to the Court that the parties have reached a settlement and that this matter should be dismissed, it is

HEREBY ORDERED that this matter is dismissed with prejudice, each party to bear their own costs and attorney fees.

**DATED** this 21st day of January, 2025.

_____
HON. KELLY H. RANKIN
UNITED STATES DISTRICT JUDGE